# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | Chapter 11 |
| HITZ RESTURANT GROUP, LLC, ) | |
| ) | Case No. 20-B-05012 |
| Debtor ) | |
| ) | Hon. Donald R. Cassling |

## NOTICE OF OBJECTION

PLEASE TAKE NOTICE that Debtor Hitz Restaurant Group LLC objects to the MOTION TO ENFORCE DEBTOR-IN-POSSESSION'S OBLIGATION TO PAY POST-PETITION RENT filed by Kass Management Services, Inc. and South Loop Shops LLC [Doc. #21].

                                                     Respectfully submitted,

                                                     By: /s/ Jonathan D. Golding
                                                   Proposed Attorney for the Debtor

Jonathan D. Golding, Esq. (ARDC# 6299876)
THE GOLDING LAW OFFICES, PC
500 N. Dearborn Street, 2nd Floor
Chicago, IL 60654
Tel: (312) 832-7892
Fax: (312) 755-5720
Email: jgolding@goldinglaw.net

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that he caused a copy of the Notice of Objection to be filed with the Clerk of the U. S. Bankruptcy Court, Northern District of Illinois, using the CM/ECF filing system on this 20th day of April, 2020, served by ECF to the US Trustee and registered parties including:

Kass Management Services, Inc. and South Loop Shops LLC
c/o Mario Sullivan mario@johnsonsullivan.com

Patrick S. Layng ustpregion11.es.ecf@usdoj.gov

                                                     By: /s/ Jonathan D. Golding