# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
|  | ) Bankruptcy No. 20 B 05012 |
| HITZ RESTAURANT GROUP, | ) Judge Donald R. Cassling |
|  | ) |
| Debtor. | ) |

## ORDER GRANTING IN PART, AND DENYING IN PART, KASS MANAGEMENT SERVICES, INC.'S MOTIONS TO COMPEL POST-PETITION RENT AND MODIFY THE AUTOMATIC STAY (DKT. NOS. 21 & 29.)

An order for relief under Chapter 11, Title 11 of the United States Code having been entered on February 24, 2020, IT IS HEREBY ORDERED that Kass Management Group, Inc.'s ("Creditor") motions are granted in part and denied in part for the reasons stated in the attached Memorandum Opinion. Accordingly, Hitz Restaurant Group, LLC ("Debtor") must pay the following amount to Kass Management Services, Inc. by June 16, 2020: $18,482.18, which accounts for the full March 2020 rent amount and 25 percent of the full rent amount for April, May, and June 2020. In addition to that amount, Debtor must also pay Creditor the full common area maintenance fees and real estate taxes for March and 25 percent of its share of both the common area maintenance fees and real estate taxes for April, May, and June 2020. A status hearing on this matter will be held on June 23, 2020, at 10 a.m.

**ENTERED:**

**DATE:** June 2, 2020

*Donald R. Cassling*

**Donald R. Cassling**
**United States Bankruptcy Judge**